378 A.2d 857

**COMMONWEALTH of Pennsylvania**

v.

**John GADSDEN, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 18, 1977.

Decided Oct. 7, 1977.

Charlotte A. Nichols, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

## OPINION

PER CURIAM:

Judgment affirmed.